Patrick L. Deedon, State Bar No. 245490
John R. Powell, State Bar No. 320187
**MAIRE & DEEDON**
2851 Park Marina Drive, Suite 300
Redding, CA 96001-2813
(530) 246-6050 / 246-6060 (fax)
*pdeedon@maire-law.com*
*jpowell@maire-law.com*

Attorneys for Defendant,
COSTCO WHOLESALE CORPORATION

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| TERESA ALVARADO CURIEL, an individual, | CASE NO.  2:22-CV-02224-DAD-DMC |
| Plaintiff, | **STIPULATED REQUEST TO MODIFY SCHEDULING ORDER** |
| vs. | |
| COSTCO WHOLESALE MEMBERSHIP, INC., a California Corporation; COSTCO WHOLESALE CORPORATION a Washington Corporation; CLIMATE PROS, LLC, a Delaware Limited Liability Company; and DOES 1 to 50, inclusive, | |
| Defendants. | |
| **AND RELATED CROSS ACTION        /** | |

**IT IS HEREBY STIPULATED** by and between the parties to this action, through their respective counsel, as follows:

1. On or about April 28, 2023, the Court issued its order regarding pretrial scheduling. The order required that any private mediation among the parties be completed on or before

November 17, 2023; a settlement conference was set for January 24, 2024; the pretrial conference is scheduled for November 12, 2024, and jury trial is set to commence January 27, 2025.

2. The parties have agreed to engage in private mediation of this matter. However, under the current scheduling order, the parties are unable to schedule a mutually agreeable mediation date prior to the deadline of November 17, 2023.

3. It is anticipated that a 90-day continuance of the mediation deadline would completely resolve the issue and would give the parties sufficient time to engage in a productive mediation. Moreover, the continuance of the mediation deadline would not result in prejudice to any party because it would not require any changes to the current trial date, discovery deadlines, or dispositive motion deadlines.

4. Based on the foregoing, the parties respectfully request the Court modify the date set forth in the scheduling order for completing private mediation from November 17, 2023 to **February 16, 2024**. It is further requested that the court-supervised settlement conference be reset for **March 20, 2024**, or as soon thereafter as the Court deems appropriate.

Dated:   November 29, 2023            MAIRE & DEEDON

                                                            /s/
                                            PATRICK L. DEEDON
                                            JOHN R. POWELL
                                            Attorneys for Defendant,
                                            COSTCO WHOLESALE CORPORATION

Dated: November 7, 2023            RAFII & ASSOCIATES, P.C.

                                              /s/
                                            PETER WILLIAMSON
                                            Attorneys for Plaintiff,
                                            TERESA ALVARADO CURIEL

Dated: November 7, 2023                MACDONALD & CODY, LLP


                                       /s/
                                       DEBRA BRAASCH
                                       Attorneys for Defendant
                                       CLIMATE PROS, LLC


## ORDER

**IT IS SO ORDERED** and the pretrial scheduling order is modified as follows:

1. Any private mediation of this matter shall be completed on or before **February 16, 2024**.

2. The settlement conference set for January 24, 2024 is vacated. A new settlement conference is set for **March 27, 2024, at 10:00 a.m.**[1]


Dated:  November 29, 2023

                                       _____
                                       DENNIS M. COTA
                                       UNITED STATES MAGISTRATE JUDGE

---

[1] The date requested by the parties – March 20, 2024 – is not available on the Court's calendar.