Patrick L. Deedon, State Bar No. 245490
John R. Powell, State Bar No. 320187
**MAIRE & DEEDON**
2851 Park Marina Drive, Suite 300
Redding, CA 96001-2813
(530) 246-6050 / 246-6060 (fax)
*pdeedon@maire-law.com*
*jpowell@maire-law.com*

Attorneys for Defendant,
COSTCO WHOLESALE CORPORATION

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| TERESA ALVARADO CURIEL, an individual, | CASE NO. 2:22-CV-02224-DAD-DMC |
| Plaintiff, | **STIPULATED REQUEST TO MODIFY SCHEDULING ORDER AND ORDER THEREON** |
| vs. | |
| COSTCO WHOLESALE MEMBERSHIP, INC., a California Corporation; COSTCO WHOLESALE CORPORATION a Washington Corporation; CLIMATE PROS, LLC, a Delaware Limited Liability Company; and DOES 1 to 50, inclusive, | |
| Defendants. | |
| **AND RELATED CROSS ACTION          /** | |

**IT IS HEREBY STIPULATED** by and between the parties to this action, through their respective counsel, as follows:

1.     The parties previously agreed to engage in private mediation of this matter. On a prior stipulated request of the parties, the Court modified the scheduling order in this matter to

**STIPULATED REQUEST TO MODIFY SCHEDULING ORDER**          **PAGE 1**

extend the date for the parties to complete private mediation to February 16, 2024, and re-set the settlement conference to March 27, 2024, to allow time to coordinate the mediation.

2. The parties reached out to mediator Hon. Thierry Patrick Colaw to conduct the mediation. However, the nearest mutually agreeable dates for mediation with Judge Colaw are in June, past the date set for the parties to complete mediation.

3. Based on the foregoing, the parties respectfully request the Court modify the date set forth in the scheduling order for competing private mediation from February 16, 2024 to **July 26, 2024**. It is further requested that the court-supervised settlement conference be reset to **September 18, 2024**, or as soon thereafter as the Court deems appropriate.

4. It is further requested that the discovery and motion deadlines in this matter be continued ninety (90) days so that the parties may continue to prepare to engage in a productive mediation, and, in the event the matter is not resolved at mediation, so that the parties may continue to make necessary preparations for trial.

5. The parties stipulate and agree that the requested modification of the scheduling order will not result in prejudice to any party because it will not require a continuance of the jury trial date set for January 27, 2025.

Dated: February 14, 2024        MAIRE & DEEDON

          /s/
PATRICK L. DEEDON
JOHN R. POWELL
Attorneys for Defendant,
COSTCO WHOLESALE CORPORATION

Dated: 2/9/24        RAFII & ASSOCIATES, P.C.

          /s/
PETER WILLIAMSON
Attorneys for Plaintiff,
TERESA ALVARADO CURIEL

STIPULATED REQUEST TO MODIFY SCHEDULING ORDER                PAGE 2

Dated: 2/7/24               MACDONALD & CODY, LLP

                            /s/
                            DEBRA BRAASCH
                            Attorneys for Defendant
                            CLIMATE PROS, LLC

## ORDER

**IT IS SO ORDERED** and the pretrial scheduling order is modified as follows:

1. Any private mediation of this matter shall be completed on or before **July 26, 2024**.

2. Discovery and motion deadlines are continued 90 days as set forth below:

    a. Fact Discovery shall be completed no later than **May 2, 2024**;

    b. The parties shall disclose initial experts and produce reports in accordance with Federal Rule of Civil Procedure 26(a)(2) by no later than **May 23, 2024,** with rebuttal reports produced on or before **June 6, 2024;**

    c. Expert Discovery shall be completed no later than **July 12, 2024;**

    d. All motions, except motions for continuances, temporary restraining orders, or other emergency applications, shall be noticed to be heard on or before **August 22, 2024**

3. The settlement conference set for March 27, 2024, is vacated. A new settlement conference may be set upon joint request of the parties.

Dated: February 14, 2024

                            DENNIS M. COTA
                            UNITED STATES MAGISTRATE JUDGE

STIPULATED REQUEST TO MODIFY SCHEDULING ORDER                       PAGE 3