Patrick L. Deedon, State Bar No. 245490
John R. Powell, State Bar No. 320187
**MAIRE & DEEDON**
2851 Park Marina Drive, Suite 300
Redding, CA 96001-2813
(530) 246-6050 / 246-6060 (fax)
*pdeedon@maire-law.com*
*jpowell@maire-law.com*

Attorneys for Defendant,
COSTCO WHOLESALE CORPORATION

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| TERESA ALVARADO CURIEL, an individual, | CASE NO. 2:22-CV-02224-DAD-DMC |
| Plaintiff, | **STIPULATED REQUEST TO MODIFY SCHEDULE; ORDER** |
| vs. | |
| COSTCO WHOLESALE MEMBERSHIP, INC., a California Corporation; COSTCO WHOLESALE CORPORATION a Washington Corporation; CLIMATE PROS, LLC, a Delaware Limited Liability Company; and DOES 1 to 50, inclusive, | |
| Defendants. | |
| **AND RELATED CROSS ACTION        /** | |

**IT IS HEREBY STIPULATED** by and between the parties to this action, through their respective counsel, as follows:

1.  Under the current Scheduling Order, the last date to complete private mediation is July 26, 2024. The parties previously agreed to engage in private mediation of this matter with Hon. Thierry Patrick Colaw (Ret.) and scheduled the mediation session for June 20, 2024.

2.  Due to circumstances beyond the parties' control, and at the request of Defendant Costco Wholesale, the parties agreed to reschedule the mediation to Judge Cota's next available date, August 29, 2024.

3.  Based on the foregoing, the parties respectfully request the Court modify the date set forth in the scheduling order for completing private mediation to **August 30, 2024**, that the date to disclose experts and produce expert reports be reset to **September 13, 2024**, two weeks after the mediation deadline, and that rebuttal reports be produced by **September 27, 2024**. All expert discovery must be completed by **October 31, 2024**.

4.  It is further requested that all motions, except motions for continuances, temporary restraining orders, or other emergency applications, shall be noticed to be heard on or before **November 5, 2024**.

5.  The parties stipulate and agree that the requested modification of the scheduling order will not result in prejudice to any party because it will not require a continuance of the final pretrial conference on **November 12, 2024**, nor the jury trial date set for **January 27, 2025**.

Dated:   July 10, 2024                                MAIRE & DEEDON

                                                      __/s/_____
                                                      PATRICK L. DEEDON
                                                      JOHN R. POWELL
                                                      Attorneys for Defendant,
                                                      COSTCO WHOLESALE CORPORATION

**STIPULATED REQUEST TO MODIFY SCHEDULING ORDER**                               **PAGE 2**

Maire & Deedon
2851 Park Marina Dr. Ste. 300
Redding, CA  96001-2813
(530) 246-6050

Dated: June 12, 2024     RAFII & ASSOCIATES, P.C.

_____
PETER WILLIAMSON
Attorneys for Plaintiff,
TERESA ALVARADO CURIEL

Dated:   June 12, 2024     MACDONALD & CODY, LLP

_____
DEBRA BRAASCH
Attorneys for Defendant
CLIMATE PROS, LLC

## ORDER

**IT IS SO ORDERED** and the pretrial scheduling order is modified as follows:

1. Any private mediation of this matter shall be completed on or before **August 30, 2024**.

2. The parties shall exchange initial expert disclosure and produce reports pursuant to Federal Rule of Civil Procedure 26(a)(2) no later than **September 13, 2024**, and rebuttal reports shall be disclosed on or before **September 27, 2024**. All expert discovery must be completed by **October 31, 2024**.

3. All motions, except for continuances, temporary restraining orders, or other emergency applications, shall be noticed to be heard on or before **November 5, 2024**.

Dated:  July 10, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE