UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA ALVARADO CURIEL,<br><br>Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION, et al.,<br><br>Defendants.<br><hr>AND RELATED CROSS-ACTIONS | No. 2:22-CV-2224-DAD-DMC<br><br><br><br>ORDER |

       Plaintiff, who is proceeding with retained counsel, brings this civil action. A settlement conference is scheduled for January 15, 2025, at 9:30 a.m., before the undersigned via Zoom. On or before January 8, 2025, the parties must execute and file the attached Waiver of Disqualification to allow the undersigned to conduct the settlement conference. If waivers are not filed by all parties participating in the settlement conference by this date, the hearing will be vacated and, on the parties' joint request, the matter will be referred to another Magistrate Judge for purposes of conducting a settlement conference.

///

///

1

Should the parties waive disqualification, concurrent with their filed waivers, the parties are directed to each submit a confidential settlement conference statement <u>directly to chambers</u> by January 8, 2025. These statements <u>shall not be filed</u>. Unless otherwise notified by the undersigned, counsel shall be accompanied by a person able to dispose of the case or be fully authorized to settle the matter on any terms. <u>See</u> Local Rule 270(f)(1).

IT IS SO ORDERED.

Dated: November 21, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA ALVARADO CURIEL,<br><br>    Plaintiff,<br><br>        v.<br><br>COSTCO WHOLESALE CORPORATION, et al.,<br><br>    Defendants.<br><br>AND RELATED CROSS-ACTIONS | No. 2:22-CV-2224-DAD-DMC |

WAIVER OF DISQUALIFICATION

      Pursuant to Eastern District of California Local Rule 270(b), the parties to the herein action affirmatively request that the assigned Magistrate Judge participate in the settlement conference and further, the parties waive any claim of disqualification to Judge Cota thereafter hearing and determining matters in this case in accordance with 28 U.S.C. § 636(b)(1) and Eastern District of California Local Rule 302.

DATED: _____  

      By:   For Plaintiff(s)

DATED: _____  

      By:   For defendant(s)